UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERESA BARTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00051-JAR |
| THE PROCTOR & GAMBLE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant D-W Tool, Inc.'s motion to stay briefing on Plaintiff's motion to remand. (Doc. No. 69). Defendant requests the Court stay briefing until after Plaintiff has conducted depositions of Mr. Gordon and Mr. Wahlers and transcripts have been ordered. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant D-W Tool, Inc.'s motion to stay briefing [69] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant D-W Tool, Inc. shall file a status report with the Court within **three days** of receipt of Mr. Gordon's and Mr. Wahler's deposition transcripts.

Dated this 21st day of July, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE