UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TERESA BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00051-JAR |
| | ) | |
| THE PROCTOR & GAMBLE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant D-W Tool, Inc.'s ("Whalco") status report. (Doc. No. 72). The Court previously granted Defendant's motion to stay briefing until after the depositions of Mr. Gordon and Mr. Wahlers and receipt of the transcripts. (Doc. No. 70). Defendant informs the Court that the depositions were completed and transcripts were received. Defendants Wahlco, The Proctor & Gamble U.S. Business Services Company, The Procter & Gamble Company, BASF Corporation, Evonik Corporation f/k/a Evonik DeGussa Corporation, and Nippon Shokubai America Industries, Inc. f/k/a NA Industries, Inc. request until August 29, 2022 to file either original or supplemental responses to Plaintiff's Motion to Remand. (Doc. No. 53).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Wahlco, The Proctor & Gamble U.S. Business Services Company, The Procter & Gamble Company, BASF Corporation, Evonik Corporation f/k/a Evonik DeGussa Corporation, and Nippon Shokubai America Industries, Inc.

1

f/k/a NA Industries, Inc. shall file any responses or supplemental responses to Plaintiff's Motion to Remand on or before **August 29, 2022**. Plaintiff shall file any reply by **September 8, 2022**.

Dated this 16th day of August, 2022.

                                                                                              _____
                                                                                              JOHN A. ROSS
                                                                                              UNITED STATES DISTRICT JUDGE